# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARK ZWICK,

                Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (POPCHOCOJ),

                Respondent

UNINSURED EMPLOYERS GUARANTY
FUND,

                Intervenor

: No. 90 EAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

MARK ZWICK,

                Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (POPCHOCOJ),

                Respondent

UNINSURED EMPLOYERS GUARANTY
FUND,

                Intervenor

: No. 91 EAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.